Exhibit A to the Complaint

**Location:** Tuckahoe, NY  **IP Address:** 24.46.38.122
**Total Works Infringed:** 28  **ISP:** Optimum Fiber

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 23F6D2906E0BE5CFE2667634849732510DA2F987 | 05/14/2025 01:06:57 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 2 | E8EB83682A2C5FC74A2F6E8DAC806B3D69F8DC34 | 05/14/2025 01:00:31 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 3 | 745AB4932137298309B1CE5AC14D36C080B0B09D | 05/14/2025 01:00:31 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 4 | 70C032471C09850A836C824104A001B59F9142E1 | 04/29/2025 07:15:26 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 5 | 4577E56ABE4B7F3BA8A72106C4F58220F426B639 | 04/29/2025 07:01:51 | Vixen | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 6 | 52CE09FBD531A22F3B6F5CF47706591103339F01 | 04/29/2025 06:55:00 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 7 | BF44528EB824C9A0A1DBD2E0739AAF39A0C7532B | 04/29/2025 06:41:15 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 8 | 396D7F2CB6538EA4CA335A4ACD7673FD9428D03F | 03/19/2025 23:14:08 | TushyRaw | 01/17/2025 | 02/18/2025 | PA0002516153 |
| 9 | B3BEB7A7C7BEDE49A402699589F2B0F1CB5929B3 | 02/23/2025 00:14:41 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 10 | C09A2BDD6A770653A1B0F5D7A1383DC547593C05 | 02/23/2025 00:11:09 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 11 | FCB7EF8D47BA351722CD9937B6471FB94ADB77EB | 02/19/2025 06:09:13 | Vixen | 01/17/2025 | 02/18/2025 | PA0002515875 |
| 12 | D1B7022FE085F005FD48920C49A27361FB58ED6E | 02/19/2025 06:07:15 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 13 | E620DE016D72B80A50572BE0F5B4E7E69196BA49 | 02/19/2025 06:06:15 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 14 | 416CB869B0041F6F3FBA51663E56DE88C804B65F | 02/19/2025 06:04:24 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 15 | 4D4B9D0DFAB2937F91476A0F53B8F9CBEB679FF3 | 02/19/2025 06:02:40 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 16 | E6684B688EB24D22565D5CD5A432D5203F0F6169 | 02/19/2025 06:02:33 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 0b11f332b272ba249897091923ebd7bacdcd78a3 | 02/19/2025 02:31:00 | Slayed | 01/03/2023 | 02/21/2023 | PA0002400998 |
| 18 | 443681b5d8342b7735d10346531895088e99a4c0 | 02/19/2025 02:26:58 | Slayed | 12/13/2022 | 01/05/2023 | PA0002393959 |
| 19 | 83b82dd8e2a65a8a581f43807760e45f164c5c84 | 02/19/2025 02:21:20 | Slayed | 11/12/2024 | 12/13/2024 | PA0002514155 |
| 20 | 732f5ffe678687c1a5fa896bf6dac5fe5d12c0a6 | 02/19/2025 02:15:57 | Slayed | 04/02/2024 | 06/25/2024 | PA0002477542 |
| 21 | 97830606338eed41b6498e6b54d9c3f0e43c04eb | 02/19/2025 02:13:44 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 22 | b687971180edf0d12e370ebf755e91f116c66aaa | 02/18/2025 13:07:48 | Slayed | 07/04/2023 | 07/14/2023 | PA0002427468 |
| 23 | b39bd552fd162ac352e9d424dc82ec2c19428a4c | 02/18/2025 13:04:04 | Slayed | 06/27/2023 | 07/14/2023 | PA0002427522 |
| 24 | a51a8282382577b046186f001e8eb1475ddce5e7 | 02/18/2025 13:00:48 | Slayed | 06/13/2023 | 07/14/2023 | PA0002427510 |
| 25 | 40C6A30A376A1A0C691559CD5BE3EFA024D84F32 | 02/18/2025 11:08:59 | Vixen | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 26 | ffcbc2aa2977112f060895e264167f7bb55fd56f | 02/18/2025 11:07:38 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 27 | 722cc523ff08f25e68d29787ffb02289bca62eff | 01/08/2025 02:23:00 | Vixen | 12/17/2021 | 01/17/2022 | PA0002330110 |
| 28 | 6526C282BD13919FBEAA3B7D6DF8C763EBD3FD02 | 10/26/2024 08:50:52 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |